UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JOSHUA KALCHERT,

       Plaintiff,            Case No. 2:20-cv-84

v.                                   Honorable Paul L. Maloney

UNKNOWN ROBIDEUAX et al.,

       Defendant.
_____/

### **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  August 10, 2020              /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                     United States District Judge